# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES M. RAPER, JR.**                                                               **PLAINTIFF**

V.                      **CASE NO. 4:22-cv-00157 JM**

**DAVID CASSON, Prosecuting
Attorney, 10th Judicial District,
Union County Public Defender's Office**                              **DEFENDANTS**

## ORDER

On February 18, 2022, this Court ordered James Raper to file, within 30 days, an updated *in forma pauperis* application or pay the filing fee. (Doc. 3). After Raper updated his address (Doc. 4), the Court resent the February 18th Order again directing compliance. (Doc. 5). In both Orders, the Court explained to Raper his responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Raper's mail has repeatedly been returned as undeliverable. (Doc. 6 & 7). Because Raper has neither complied with the Court's Order nor maintained an updated mailing address as required by the Local Rules, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE