## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES M. RAPER, JR.**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 4:22-cv-00157 JM**

**DAVID CASSON, Prosecuting**
**Attorney, 10th Judicial District,**
**Union County Public Defender's Office**                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE